IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMIE L. SHERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-990-MEF |
| | ) (WO – Do Not Publish) |
| ANDREWS INTERNATIONAL | ) |
| GOVERNMENT SERVICES, INC., | ) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion for Voluntary Dismissal of Defendant Computer Sciences Corporation (Doc. #23), it is hereby ORDERED as follows:

(1) Plaintiff's Motion (Doc. #23) is GRANTED and all claims against Computer Sciences Corporation are DISMISSED WITHOUT PREJUDICE, each side to bear its own costs.

(2) Plaintiff's claims as set forth in the Complaint (Doc. #1) remain against Defendant Andrews International Government Services, Inc.

DONE this the 1st day of April, 2013.

                                                  /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE